TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00104-CV

Laguna Madre Water District, Appellant

v.

Sierra Club; Frontera Audubon Society; Mary Lou Campbell;

and Walter A. Kittelberger, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 96-14766, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

 Appellant Laguna Madre Water District and appellees Sierra Club, Frontera
Audubon Society, Mary Lou Campbell, and Walter A. Kittelberger jointly move this Court to
dismiss the appeal. See Tex. R. App. P. 42.1(a).

 We grant the motion. We dismiss the appeal.

 

 Lee Yeakel, Justice

Before Justices Jones, Yeakel and Patterson

Dismissed on Joint Motion

Filed: July 27, 2000

Do Not Publish